# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

October 11, 2007

**VIA FAX**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:  **United States v. Keysi Reyes**
     07 Cr. 728 (BSJ)

Dear Judge Jones:

I represent Keysi Reyes in the above-referenced case. With the consent of the government, I write to request a one month adjournment of the conference currently scheduled for October 12, 2007 at 2:00 p.m.

The adjournment is requested so that the parties can continue to negotiate a resolution of this case short of trial.

The defense waives time until the adjournment date from any speedy trial calculation. For scheduling purposes, I note that I will be out of the office to attend the national orientation seminar for new assistant federal defenders during the week of November 12-November 16.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc:  Steve C. Lee, Esq. (via facsimile)

---

**Handwritten order:**

Application granted. The pretrial conference is adjourned to November 20, 2007 at 2PM. In the interest of justice for the reason stated below, speedy trial time is excluded from October 12, 2007 to November 20, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.
Dated: 10/12/07
BARBARA S. JONES
U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

TOTAL P.002
TOTAL P.02