

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2007

**BY FAX**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

    Re:  United States v. Keysi Reyes
           07 Cr. 728 (BSJ)

Dear Judge Jones:

    A conference in the above referenced case was recently adjourned and set for December 12, 2007 at 3 p.m. The Government requests an exclusion of time under the Speedy Trial Act from now until December 12, 2007 to allow the parties to continue to engage in discussion about a disposition of this case. Defense counsel consents to this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

            By:    */s/ Steve C. Lee*
                      Steve C. Lee
                      Assistant U.S. Attorney
                      (212) 637-2413

cc:  Peggy Cross, Esq. (by fax)

SO ORDERED: */s/ Barbara S. Jones*
Dated:       BARBARA S. JONES
              U.S.D.J.

December 3, 2007