

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2008

**BY FAX**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Keysi Reyes
07 Cr. 728 (BSJ)

Dear Judge Jones:

The sentencing of the above-referenced defendant is currently scheduled for March 12, 2008, at 4 p.m. I have been informed by Probation that a Pre-Sentence Report will not be completed prior to this date. As a result, the Government requests an adjournment of approximately 30 days to a date and time available to the Court for the sentencing in this case. Defense counsel consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Steve C. Lee
Assistant U.S. Attorney
(212) 637-2413

cc: Peggy Cross, Esq. (by fax)

*Application granted. Sentencing is adjourned to April 16, 2008 at 3PM.*

SO ORDERED_____
Dated: BARBARA S. JONES
U.S.D.J.
3/7/08